Harold SKIPPER, Plaintiff—Appellant,

v.

COBB VANTRESS, INCORPORATED, Defendant—Appellee.

No. 07–1432.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 18, 2007.

Harold Skipper, Appellant Pro Se. Robert Stancil Phifer, Katherine Rigby Shook, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charlotte, North Carolina, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Skipper appeals the district court's orders denying his request for appointment of counsel and granting summary judgment in his employment discrimination action in favor of his former employer, Cobb–Vantress, Inc. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the

---

* In his informal brief, Skipper alleged that defense counsel had an ex parte meeting with the district court judge, and that the district court failed to review the evidence prior to granting summary judgment. However, Skipper has provided no evidence to support these claims and has failed to identify any materials that were not reviewed by the district court. Accordingly, we find Skipper's claims to be meritless.

reasons stated by the district court. *Skipper v. Cobb–Vantress, Inc.,* No. 3:05–cv–00076, 2007 WL 922900 (W.D.N.C. Mar. 26 & 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*